UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :       Hon. Claire C. Cecchi

            v.                                Mag. No. 10-820 (DMC)

                              :          CONSENT ORDER

BRAULIO ARIAS RIVERA

                              :

         IT IS HEREBY ORDERED that on this 20TH day of December, 2010, the conditions of release set forth in the joint consent motion for defendant's release, which was signed by the Honorable Dennis M. Cavanaugh on December 20, 2010, are hereby amended pursuant to the agreement of the parties and U.S. Pretrial Services as follows:

        1.)  That the $15,000 cash deposit to the Court, which was ordered to be deposited to the Court on December 20, 2010, is hereby amended to allow the defendant to be released on December 20, 2010, without having posted the $15,000 with the Court on December 20, 2010; however, the defendant must post the full $15,000 cash with the Court by 4 p.m. on December 21, 2010.

        2.)  All other conditions of release remain in effect.

                                       _____
                                       CLAIRE C. CECCHI
                                       United States Magistrate Judge